No. 908

First Circuit

———

MRS. ELIZABETH REGGIE v. SALIM KARRE

———

(February 8, 1932. Opinion and Decree.)
(March 8, 1932. Rehearing Refused.)

———

Percy T. Ogden, of Crowley, attorney for plaintiff, appellee.

Milner & Porteous, of New Orleans, and Emile A. Carmouche, of Crowley, attorneys for defendant, appellant.

MOUTON, J. In this case for the reasons stated in the case of Mrs. Victoria Aboud Reggie v. Karre, the judgment appealed from is affirmed with cost.

No. 910

First Circuit

———

MRS. JASMINE KARRE v. SALIM KARRE

———

(February 8, 1932. Opinion and Decree.)
(March 8, 1932. Rehearing Refused.)

———

Percy T. Ogden, of Crowley, attorney for plaintiff, appellee.

Milner & Porteous, of New Orleans, and Emile A. Carmouche, of Crowley, attorneys for defendant, appellant.

MOUTON, J. For the reasons stated in the case of Mrs. Victoria Aboud Reggie vs. Karre, the judgment appealed from is affirmed with cost.